

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2021

No. 04-21-00442-CV

**IN THE INTEREST OF M.K.T.,** a child,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02181
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal must be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. Appellant filed a notice of appeal on October 12, 2021. Appellant's brief originally was due to be filed on November 22, 2021. Neither the brief nor a motion for extension of time has been filed.

The trial court appointed Judith A. Laughlin as attorney ad litem for appellant. Ms. Laughlin filed a notice of appeal on appellant's behalf. On October 15, 2021, Ms. Laughlin filed in the trial court a "Motion to Withdraw and Substitute Attorney Ad Litem for Purposes of Appeal," in which she asked the court to allow her withdrawal and substitute Mr. Shawn Sheffield as attorney ad litem for appeal purposes only. The clerk's record does not contain an order ruling on the motion. Furthermore, on November 10, 2021, Ms. Laughlin filed a docketing statement identifying herself as appellant's attorney. Therefore, on December 2, 2021, this court ordered Ms. Laughlin to file appellant's brief in this appeal no later than December 13, 2021.

On December 14, 2021, Mr. Sheffield filed a motion requesting an extension of fifteen days in which to file appellant's brief. Although the record on appeal does not contain a written order appointing Mr. Sheffield and he has not filed a notice of appearance with this court, in the interest of justice, we GRANT Mr. Sheffield's request and ORDER him to file appellant's brief **no later than December 28, 2021**.

If Mr. Sheffield fails to file appellant's brief by December 28, 2021, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Laughlin and/or Mr. Sheffield for failing to timely file appellant's brief.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2021.

MICHAEL A. CRUZ, Clerk of Court